JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN E. BADGER (CSBN 124365)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09 0850 VRW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME UNDER |
| v. ) | SPEEDY TRIAL ACT |
| ) | |
| PASQUALE IANNETTI, ) | |
| ) | |
| Defendant. ) | |

      The parties appeared before the Court on September 17, 2009 for initial appearance on this matter.  With the agreement of counsel for both parties, the Court finds and holds as follows:

      1.  The parties requested, and the Court granted, a continuance of the matter to November 12, 2009 at 2:00 p.m. for status.  Defense counsel advised the Court that in light of the complexities of the case, the additional time was necessary for effective preparation, taking into account due diligence.  Specifically, defense counsel advised the Court that investigating the allegations may require interviewing witnesses abroad, as well as witnesses living in the United States, but outside the Northern District of California, and having experts examine the pieces of art that are the subject of the indictment.  In addition, counsel advised that Italian authorities are

STIP. & [PROP.] ORDER
EXCLUDING TIME UNDER
SPEEDY TRIAL ACT
CR 09 0850 VRW               1

1  considering filing criminal charges against the defendant based on the same conduct alleged in
2  the instant indictment.  The defendant has retained counsel in Italy to deal with those matters.
3  Finally, counsel advised that the defendant is scheduled to have hip replacement surgery in early
4  October.
5        2.  The parties agreed to an exclusion of time under the Speedy Trial Act from September
6  17, 2009 through November 12, 2009 in light of the complexities posed by this case and the need
7  for sufficient time for effective preparation.  Failure to grant the requested continuance would
8  unreasonably deny defense reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.
10       3.  Given the circumstances cited in paragraph 1, above, including the complexities of the
11 nature of the charges and the fact that the defendant faces potential criminal prosecution in
12 another country for the same conduct, the Court finds that the case is so unusual and complex
13 that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself
14 within the time limits established by the Speedy Trial Act.  Accordingly, the Court finds that the
15 ends of justice served by excluding the period from September 17, 2009 through November 12,
16 2009, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.
17 § 3161(h)(7)(A) & (B)(ii).  Accordingly, and with the consent of the defendant, the period from
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 STIP. & [PROP.] ORDER
   EXCLUDING TIME UNDER
   SPEEDY TRIAL ACT
   CR 09 0850 VRW                      2

1  September 17, 2009 through November 12, 2009 shall be excluded from Speedy Trial Act
2  calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).
3
4  SO STIPULATED.
5
6  Dated: September 18, 2009         JOSEPH P. RUSSONIELLO
                                     United States Attorney
7
                                           /s/
8                                    _____
                                     SUSAN E. BADGER
9                                    Assistant United States Attorney
10
11
12  Dated: September 18, 2009            /s/
                                     _____
                                     ALAN DRESSLER
13                                   Counsel for Defendant Pasquale Iannetti
14
15  IT IS SO ORDERED.
16  Dated: 9/23/2009
17                                   _____
                                     VAUGHN R. WALKER
                                     Chief United States District Judge
18
19
20
21
22
23
24
25
26
27
28  STIP. & [PROP.] ORDER
    EXCLUDING TIME UNDER
    SPEEDY TRIAL ACT
    CR 09 0850 VRW                              3