JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN E. BADGER (CSBN 124365)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09 0850 VRW |
| ) | |
|    Plaintiff, ) | GOVERNMENT'S UNOPPOSED |
| ) | MOTION AND [PROPOSED] ORDER |
|   v. ) | CONTINUING MOTION HEARING |
| ) | AND FOR FINDING OF |
| PASQUALE IANNETTI, ) | EXCLUDABLE TIME |
| ) | |
| ) | |
|    Defendant. ) | |

     The parties appeared before the Court on January 7, 2010 for status appearance, at which time defense counsel advised that he intended to file a motion to suppress the statement that defendant made at the time that the Postal Inspectors executed the search warrant at his business. The Court scheduled the motion to be heard on March 25, 2010 at 2:00 p.m. The Court also found the time between January 7, 2010 and March 25, 2010 excluded from the time requirements of the Speedy Trial Act based on the complexities of the case, including the fact that the government is seeking to obtain evidence from law enforcement authorities in Italy.

GOV'T MOT. & [PROP.] ORDER
TO CONTINUE
MOTION HEARING
CR 09 0850 VRW                 1

1  On March 3, 2010, the parties submitted a stipulation and proposed order, which
2  the Court subsequently granted, requesting a continuance of the motions hearing in order
3  to provide the parties additional time to file the suppression motion and opposition.  The
4  primary reason for this request was that undersigned government counsel had been out of
5  the office unexpectedly due to her mother's hospitalization.  Government counsel sought
6  additional time within which to respond to the defendant's anticipated motion, and the
7  parties proposed a new motions hearing date on May 13, 2010 and a revised briefing
8  schedule.  The Court granted the request by order filed March 5, 2010.
9  The defendant filed his motion to suppress on March 19, 2010, as agreed by the
10  parties.  The government's opposition is due to be filed April 16, 2010, and the
11  defendant's reply is due on April 30, 2010.
12  Government counsel now moves for a brief extension of time within which to file
13  the government's opposition.  Counsel's mother was unexpectedly hospitalized again on
14  April 2, and counsel was out of the office from that time until April 12.  Counsel
15  anticipates having to take off additional time during the week of April 19 in order to
16  assist her mother at home.  Counsel understands and appreciates the need to move
17  forward with the present case and pending motion.  However, counsel needs some
18  additional time, given recent events, within which to file the government's opposition.
19  Counsel respectfully requests leave to file the government's response on April 27, 2010.
20  Counsel has discussed this matter with defense counsel, who has stated that he and
21  his client do not have an objection to this extension.  The parties discussed providing the
22  defense with additional time within which to file its reply, and propose filing no later than
23  May 11, 2010.  The parties propose continuing the hearing date from May 13, 2010 to
24  May 27, 2010 at 2:00 p.m.[1]  Counsel has also advised that he and his client have no
25  objection to a continued finding of excludable time in this case, given the pending motion

---

[1] The Court is unavailable on May 20, 2010.

GOV'T MOT. & [PROP.] ORDER
TO CONTINUE
MOTION HEARING
CR 09 0850 VRW                                                2

and the complexities raised by the fact that the government is seeking to obtain evidence from Italy relating to this case.[2]  See, 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(A) & (B).

Dated: April 16, 2010                                JOSEPH P. RUSSONIELLO
                                                     United States Attorney


                                                     _____/s/_____
                                                     SUSAN E. BADGER
                                                     Assistant United States Attorney


## [~~PROPOSED~~] ORDER

Upon the unopposed motion of the government, and good cause appearing, IT IS HEREBY ORDERED THAT the motion hearing date in the above-captioned case currently scheduled for May 13, 2010 at 2:00 p.m. is continued to May 27, 2010 at 2:00 p.m.  The government will file its opposition to defendant's motion no later than April 27, 2010, and the defendant will file his reply, if any, no later than May 11, 2010.

The Court further finds that the time between March 25, 2010 and May 27, 2010 is excludable from the requirements of the Speedy Trial Act due to the continuing complex nature of the case, including the need to provide adequate time for the government to obtain evidence located outside the United States and to provide that evidence to the defense.  In addition, time is properly excluded as a result of delay from the filing of the

///
///

---

[2] Government counsel has previously advised the Court and defendant of its understanding that law enforcement authorities in Italy are in possession of evidence relevant to the instant case.  Since the parties' last appearance before the Court on this matter, government counsel has traveled to Milan to meet with the prosecutor and Carabinieri agents who are working on the Italian portion of this case.  The parties reached an informal agreement about sharing evidence, and government counsel is preparing the formal paperwork for the request.

GOV'T MOT. & [PROP.] ORDER
TO CONTINUE
MOTION HEARING
CR 09 0850 VRW                                       3

1  pretrial motion and the opposition to that motion.  18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A)
2  & (B).
3
4  IT IS SO ORDERED.
5
6
7  Dated: April 19, 2010
8  
  _____
  Chief United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  GOV'T MOT. & [PROP.] ORDER
    TO CONTINUE
    MOTION HEARING
    CR 09 0850 VRW                          4