JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY RABKIN (CSBN 189798)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7167

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Crim. No. 09-850 (VRW) |
|---|---|
| Plaintiff, | **UNITED STATES' UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER RE: DATE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS** |
| v. | |
| PASQUALE IANNETTI, | |
| Defendant. | Date: May 27, 2010<br>Time: 2:00 p.m. |

     This is an art fraud case.  The defendant, who owned an art gallery in San Francisco, has been charged with fraudulently selling counterfeit Miro prints.

     On March 19, 2010, the defendant filed a motion to suppress statements he made to law enforcement on February 20, 2008.  The gravamen of the defendant's argument is that his statements should be suppressed because he was in custody and had not been advised of his <u>Miranda</u> rights.  The government's opposition brief is currently due on April 27, 2010.  The defendant's reply is due on May 11, 2010 and the parties are

1

scheduled to appear before your Honor to discuss the motion on May 27, 2010.[1]

As the Court is aware, until now the government has been represented by Assistant United States Attorney Susan E. Badger.  AUSA Badger previously sought an extension of the government's deadline to file an opposition to the defendant's motion to suppress due to the unexpected hospitalization of her mother.  On April 20, 2010, I filed a notice of appearance in this case as it currently appears that AUSA Badger may be required to take a leave of absence in order to care for her mother.  Until now, I have had no involvement in the investigation or prosecution of this matter.

After reviewing the defendant's motion and speaking with defense counsel, the government respectfully requests that the Court permit the government to file its opposition on May 4, 2010 (giving the government an additional week to respond).  This additional time will be helpful in that it will provide me with sufficient time to learn the facts of the case, research the pertinent legal issues raised by the defendant's motion and draft an opposition brief.  The defense has no objection to the government's request, and the parties do not currently believe that this modification of the briefing schedule will require an extension of the defendant's time to file a reply brief or a continuance of the currently-scheduled May 27, 2010 hearing date on the motion.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 21, 2010           /s/
                                JEFFREY RABKIN
                                Assistant United States Attorney

---

[1] The parties currently expect the Court will, at that time, determine whether a further evidentiary hearing is necessary to adjudicate the defendant's motion.

1  IT IS SO ORDERED:

3  Dated: April 22, 2010

   _____
   Hon. Vaughn R. Walker
   United States District Judge