UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  May 13, 2010          Time:   13 min.

Case No.  CR 09-0850  VRW

Case Title:   USA  v.   PASQUALE IANNETTI   (PRESENT)

Attorneys:
    For the Government:   Jeffrey Rabkin

    For the Defendant(s):   Alan Dressler

Deputy Clerk:  Cora Klein                    Reporter:  Kelly Bryce
USPO:                                        Interpreter:

**PROCEEDINGS**

   Status/Trial Setting

Case Continued to:     6/22/2010  at 9:30 AM      For Evidentiary Hearing.

Case Continued to:     9/2/2010  at 2:00  PM      For Pretrial Conference

JURY TRIAL:            9/13/2010 at 8:30 AM       (estimate length of trial: 2 weeks)

**ORDERED AT THE HEARING**
EXCLUDABLE DELAY : _____
Begin:               End: