IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  No  CR 09-0850 VRW

    Defendant,  ORDER

    v

PASQUALE IANNETTI,

    Defendant.

_____/

       In anticipation of the December 1, 2010 trial in the above-captioned action, the parties have filed several motions in limine. The court addressed the motions at the November 23, 2010 pretrial conference. This order memorializes the court's rulings on the motions.

\\

\\

1. The government's motion to admit the Bonfiglioli intercept, Doc #48, is GRANTED subject to the government meeting its proffer and subject to a potential limiting instruction;

2. Defendant may ask questions regarding the circumstances of his February 20, 2008 interview but may not question inspectors about <u>Miranda</u> warnings;

3. The admissibility of defendant's non-inculpatory statements during defense cross-examination of government witnesses shall be determined during trial;

4. The government may provide contextual information but shall avoid excessive development of collateral issues relating to the circumstances of the government's investigation.

The government's unopposed motions to introduce *Carabinieri* testimony, Doc #48, and to admit evidence regarding other prints which defendant purchased from Bonfiglioli, Doc #47, are GRANTED. See Doc #54. Defendant's unopposed motion to exclude guilt-assuming hypothetical questions during cross-examination, Doc #52, is also GRANTED.

IT IS SO ORDERED.

Vaughn R Walker
United States District Chief Judge

2