IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL  TRIAL MINUTES

JUDGE: Vaughn R. Walker                            Courtroom Deputy: Cora Klein

Date:  12/6/2010                                   Court Reporter:   Belle Ball

Case No. CR09-0850    VRW

Title: USA v PASQUALE IANNETTI (PRESENT)

Counsel for USA:                                   Counsel for Defendant:
Tracie Brown                                       Alan Dressler
Thomas Stevens

JURY SELECTION: 12/1/2010                          VOIR DIRE: 12/1/2010

FURTHER TRIAL:  12/6/2010                          TRIAL ENDED:

PROCEEDINGS:

Opening statements.
Testimony and evidence presented.

WITNESSES:
for the Govt:
1. US Postal Inspector Patrick Esteban
2. Iain Saunders
3. Celeste LaCroix
4. Captain Andrea Ilari
5. Salvatore Azzolino
6. US Postal Inspector Matt Carlson

VERDICT:

Exhibits admitted in evidence:
Govt: 1,149-165 (stipulation), 75, 82, 25, 30, 26, 27, 57, 59, 58, 60
126, 127, 128, 86, 85, 117-125 (stipulation), 10, 8

Def: A, B

time: 6.0 hours