Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel.  (415) 421-7980
Fax  (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant
Pasquale Iannetti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0850 VRW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PASSPORT** |
| PASQUALE IANNETTI, | |
| Defendant. | |

    Defendant PASQUALE IANNETTI., by and through his attorney of record, Alan A. Dressler and the United States of America, by and through its attorney of record, Thomas E. Stevens, hereby stipulate and ask the Court to find and order as follows:

    In light of Defendant Iannetti's acquittal on all counts of the indictment herein the Clerk of the United States District Court for the Northern District of California shall return to Mr. Iannetti his United States passport which was lodged with the Clerk pursuant to his conditions of release.

IT IS SO STIPULATED:


Dated: December 28, 2010                     /s/
                                              Alan Dressler
                                              Attorney for Defendant
                                              Pasquale Iannetti .

Dated: December 28, 2010

/s/
Thomas E. Stevens
Assistant U.S. Attorney
Attorney for Plaintiff

[~~proposed~~] ORDER

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT: the Clerk of the United States District Court for the Northern District of California return to Defendant Pasquale Iannetti the United States passport which he lodged with the Clerk pursuant to his conditions of release.

**SO ORDERED**:

Dated:   12/29/2010

HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

Stip.&Order for Return
of Passport                                           2